IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADLEY A. LAU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:09CV219 |
| vs. | ) | |
| | ) | **ORDER** |
| **ALDI, INC. (KANSAS), a Kansas corporation,** | ) | **EXTENDING DEADLINES** |
| | ) | |
| **Defendant.** | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Progression Order Deadlines (Doc. 19) is granted, and the deadlines set in the Initial Progression Order (Doc. 15) are extended, as follows:

1. Discovery relevant to collective action certification shall be completed no later than January 11, 2010.

2. All motions to amend the pleadings and/or add parties shall be filed no later than December 10, 2009.

3. Plaintiff's motion for certification of a collective action shall be filed no later than February 10, 2010.

**DATED November 9, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**